# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
## WRIT OF SUMMONS

Case No: 289241-V

TO:
ST PAUL FIRE AND MARINE INSURANCE
COMPANY
380 JACKSON ST, NO. #700
SAINT PAUL MN 55101

(Service Address)
RALPH S. TYLER, ESQ.
MARYLAND INSURANCE ADMINISTRATION
525 ST. PAUL PLACE
BALTIMORE, MD 21202-2272

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

CHERRY HILL CONSTRUCTION INC
8211 WASHINGTON BLVD
JESSUP MD 20794-0356

AW 07 CV 3476

within 60 days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: 11/27/2007



Loretta E. Knight, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

### RETURN

[ ] Served on _____ at _____
              (Date)                        (City/State/Country)

[ ] Unserved _____ _____
              (Date)                        (Reason)

_____  [ ] Sheriff
(Signature)

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
## WRIT OF SUMMONS

Case No: 289241-V

**AW 07 CV 3476**

TO:
ST PAUL FIRE AND MARINE INSURANCE COMPANY
380 JACKSON ST. NO. #700
SAINT PAUL MN 55101

(Service Address)
RALPH S. TYLER, ESQ.
MARYLAND INSURANCE ADMINISTRATION
525 ST. PAUL PLACE
BALTIMORE, MD 21202-2272

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

CHERRY HILL CONSTRUCTION INC
8211 WASHINGTON BLVD
JESSUP MD 20794-0356

within 60 days after service of this summons upon you.

NOV 3 0 2007
MARYLAND INSURANCE ADMINISTRATION

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: 11/27/2007



Loretta E. Knight, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

RETURN

[ ] Served on _____ (Date) at _____ (City/State/Country)

[ ] Unserved _____ (Date) _____ (Reason)

_____ (Signature)   [ ] Sheriff