

**Loretta E. Knight**
Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397
November 27, 2007

AW 07 CV 3476

RE:  Notice of New Case Number for
CHERRY HILL CONSTRUCTION INC    vs GRUNLEY-WALSH JOINT VENTURE LLC, E
Reference Case#: N/A
Case Type: BREACH OF CONTRACT

Dear Sir/Madam:

Please be advised that the above referenced case was received on
November 27, 2007, in the office of the Clerk for Montgomery County.
This matter has been assigned case number 289241-V_____. Please
include this case number on all future papers to be filed in this case.

Sincerely,

*Loretta E. Knight*
Clerk of the Circuit Court
for Montgomery County,
Maryland

ST PAUL FIRE AND MARINE INSURANCE
COMPANY
380 JACKSON ST, NO. #700
SAINT PAUL MN 55101

NEWCASE 11/29/2007 13:14:18