IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

CHERRY HILL CONSTRUCTION INC
  Plaintiff

v.

GRUNLEY-WALSH JOINT VENTURE LLC, ET AL
  Defendant

Civil No. 289241-V

AW 07 CV 3476

## NOTICE OF SCHEDULING HEARING AND ORDER OF COURT - TRACK 3

  At the time and place noted below, all counsel and unrepresented parties shall appear before the Court at a Scheduling Hearing to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including either mediation or case evaluation. Counsel shall discuss with their clients **prior** to the Hearing whether the clients are agreeable to mediation. This is the only notice that parties and counsel will receive concerning the date of the Scheduling Hearing. Failure to appear at the Scheduling Hearing may result in a dismissal and/or default judgment.

  Upon advice that the date noted below is inconvenient for any party or counsel, the Assignment Office may postpone the Scheduling Hearing **once**, with the consent of all parties, to either of the two succeeding Fridays; parties shall file a joint line to the Assignment Office stating the agreed date. All postponed Hearings will be held at 11:30 a.m. No other postponements of the Hearing will be granted except upon motion for good cause shown.

  Defendant's Civil Information Form must be filed with the initial pleading and a copy mailed to Plaintiff.

  MOTIONS FILED IN A TRACK 3 ACTION SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF COURT

  Attorneys to bring calendar to Scheduling Hearing.

DATE: 11/27/2007

_Ann S. Harrington_
Ann S. Harrington,
County Administrative Judge

Scheduling Hearing: February 29, 2008, at 9:00 AM
Consult monitors in the Lobby for Courtroom Assignment


ST PAUL FIRE AND MARINE INSURANCE
COMPANY
380 JACKSON ST, NO. #700
SAINT PAUL MN 55101