# CSC.
**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

AW 07 CV 3476

SLM / ALL
Transmittal Number: 5474806
Date Processed: 12/05/2007

| | |
|---|---|
| **Primary Contact:** | Pamela Hoff<br>The Travelers Companies, Inc.<br>385 Washington Street, MC 515A<br>Saint Paul, MN 55102 |
| Copy of transmittal only provided to: | SOP Coordinator |
| **Entity:** | St. Paul Fire and Marine Insurance Company<br>Entity ID Number 1722063 |
| **Entity Served:** | St. Paul Fire and Marine Insurance Company |
| **Title of Action:** | Cherry Hill Construction, Inc. vs. Grunley-Walsh Joint Venture, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Montgomery Circuit Court, Maryland |
| **Case Number:** | 70020860000657565694 |
| **Jurisdiction Served:** | Maryland |
| **Date Served on CSC:** | 12/05/2007 |
| **Answer or Appearance Due:** | 60 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney:** | Jay Bernstein<br>410-685-1120 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com


EXHIBIT 1