IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **CHERRY HILL CONSTRUCTION, INC.** | * |
| **Plaintiff,** | * |
| v. | * CASE NO. 8:07-cv-3476-AW |
| | Judge Alexander Williams, Jr. |
| **GRUNLEY-WALSH JOINT VENTURES, LLC,** *et al.* | * |
| | * |
| **Defendants.** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF FILING OF STATE COURT DOCUMENTS

On December 28, 2007, Defendants transferred to this Court with the Notice of Removal true and legible copies of the Complaint, Plaintiff's Information Sheet, Notice of Scheduling Hearing and Order of Court – Track 3, Notice of New Case Number and Summons for St. Paul Fire and Marine Insurance Company.

With this Certification, Defendants are transferring true and legible copies of Plaintiff's Instructions for Service, the Summons for Grunley Walsh Joint Venture, LLC and the Summons for The Continental Insurance Company.

I hereby certify that all filing in the Circuit Court for Montgomery County, Maryland for this case have been filed in this Court.

Respectfully submitted,

/s/ Nicole L. Campbell
Nicole Lefcourt Campbell
Federal Bar No. 14336
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)
campbell@hjpc.com

Attorneys for Defendants,
Grunley-Walsh, LLC (formerly known as
Grunley-Walsh Joint Venture, LLC),
St. Paul Fire and Marine Insurance Company and
The Continental Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of January, 2008, a copy of the foregoing Certification of Filing of State Court Documents was mailed, postage prepaid, to:

Joseph C. Kovars, Esquire
Jay Bernstein, Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD  21202-1643
(410) 685-1120 (Phone)
(410) 547-0699 (Facsimile)

/s/ Nicole L. Campbell
Nicole Lefcourt Campbell

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Mandy A. Bennett
Mabennett@ober.com
410-230-7030

Offices In
Maryland
Washington, D.C.
Virginia

November 26, 2007

**VIA MESSENGER**

Ms. Loretta Knight, Clerk
Clerk of the Circuit Court
　For Montgomery County
50 Maryland Ave.
Room 122a
Rockville, MD 20850

　　　　Re:　Cherry Hill Construction v. Grunley-Wash Joint Venture, et al

Dear Ms. Knight:

　　Please find enclosed for filing an original and three (3) copies of the Cherry Hill Construction, Inc.'s Complaint against Grunley-Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, and The Continental Insurance Company, along with the Exhibits, and Civil Cover Sheet.

　　Please issue the Summonses and return them via the messenger for service by private process server.

　　Also find enclosed an extra copy of each to be date stamped and returned via the messenger. Thank you for your assistance with this matter. Please call me at 410-230-7030 with any questions.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　Mandy A Bennett

MAB
Enclosures
1957152

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS

Case No: **289241-V**

TO:
**GRUNLEY-WALSH JOINT VENTURE LLC**
**5010 NICHOLSON LANE #200**
**ROCKVILLE MD 20852**

(Service Address)
**HERMAN M BRAUDE**
**6006 NEILWOOD DR**
**ROCKVILLE MD 20850**

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

**CHERRY HILL CONSTRUCTION INC**
**8211 WASHINGTON BLVD**
**JESSUP MD 20794-0356**

within **30** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: **11/27/2007**



Loretta E. Knight, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

## RETURN

[ ] Served on _____ at _____
　　　　　　　　　(Date)　　　　　　　　　　　　　(City/State/Country)

[ ] Unserved _____    _____
　　　　　　　　(Date)　　　　　　　　　　　　　(Reason)

_____ [ ] Sheriff
(Signature)

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS

Case No: 289241-V

TO:
**CONTINENTAL INSURANCE COMPANY**
**CNA PLAZA**
**333 S WABASH**
**CHICAGO IL 60685**

(Service Address)
RALPH S. TYLER, ESQ.
MARYLAND INSURANCE ADMINISTRATION
525 ST. PAUL PLACE
BALTIMORE, MD 21202-2272

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

**CHERRY HILL CONSTRUCTION INC**
**8211 WASHINGTON BLVD**
**JESSUP MD 20794-0356**

within **60** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.

Date Issued: 11/27/2007



Loretta E. Knight, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**RETURN**

[ ] Served on _____ at _____
         (Date)                    (City/State/Country)

[ ] Unserved _____   _____
              (Date)              (Reason)

_____     [ ] Sheriff
(Signature)