IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHERRY HILL CONSTRUCTION, INC. | * |
| Plaintiff, | * |
| v. | * CASE NO. 8:07-cv-3476-AW |
| | Judge Alexander Williams, Jr. |
| GRUNLEY-WALSH JOINT VENTURES, LLC, *et al.* | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DISCLOSURE OF CORPORATE INTEREST

I, the undersigned, counsel of record for Grunley-Walsh Joint Ventures, LLC certify that to the best of my knowledge and belief, Grunley-Walsh Joint Ventures, LLC is not an affiliate or parent company of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D.Md).

Respectfully submitted,

/s/ Nicole L. Campbell
Nicole Lefcourt Campbell
Federal Bar No. 14336
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)
campbell@hjpc.com

Attorneys for Defendants,

1

>Grunley-Walsh, LLC (formerly known as
>Grunley-Walsh Joint Venture, LLC),
>St. Paul Fire and Marine Insurance Company and
>The Continental Insurance Company

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2008, a copy of the foregoing Disclosure of Corporate Interest was mailed, postage prepaid, to:

>Joseph C. Kovars, Esquire
>Jay Bernstein, Esquire
>Ober, Kaler, Grimes & Shriver
>A Professional Corporation
>120 E. Baltimore Street
>Baltimore, MD  21202-1643
>(410) 685-1120 (Phone)
>(410) 547-0699 (Facsimile)


>  /s/  Nicole L. Campbell
> Nicole Lefcourt Campbell