IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHERRY HILL CONSTRUCTION, INC. | * |
| Plaintiff, | * |
| v. | * CASE NO. 8:07-cv-3476-AW |
| | Judge Alexander Williams, Jr. |
| GRUNLEY-WALSH JOINT VENTURES, LLC, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

I, the undersigned, counsel of record for St. Paul Fire & Marine Insurance Company certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of St. Paul Fire & Marine Insurance Company which have any outstanding securities in the hands of the public.

Travelers Companies, Inc.

Respectfully submitted,

/s/ Nicole L. Campbell
Nicole Lefcourt Campbell
Federal Bar No. 14336
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)
campbell@hjpc.com

1

        Attorneys for Defendants,
        Grunley-Walsh, LLC (formerly known as
        Grunley-Walsh Joint Venture, LLC),
        St. Paul Fire and Marine Insurance Company and
        The Continental Insurance Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of January, 2008, a copy of the foregoing Disclosure of Corporate Interest was mailed, postage prepaid, to:

        Joseph C. Kovars, Esquire
        Jay Bernstein, Esquire
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        120 E. Baltimore Street
        Baltimore, MD 21202-1643
        (410) 685-1120 (Phone)
        (410) 547-0699 (Facsimile)

        /s/ Nicole L. Campbell
        Nicole Lefcourt Campbell