IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHERRY HILL CONSTRUCTION, INC. | * |
| Plaintiff, | * |
| v. | * CASE NO. 8:07-cv-3476-AW |
| | Judge Alexander Williams, Jr. |
| GRUNLEY-WALSH JOINT VENTURES, LLC, *et al.* | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DISCLOSURE OF CORPORATE INTEREST

I, the undersigned, counsel of record for The Continental Insurance Company certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Continental Insurance Company which have any outstanding securities in the hands of the public.

       Loews Corporation
       CNA Financial Corporation
       CNA Surety Corporation

                              Respectfully submitted,

                               /s/ Nicole L. Campbell
                              Nicole Lefcourt Campbell
                              Federal Bar No. 14336
                              Huddles Jones Sorteberg & Dachille, P.C.
                              10211 Wincopin Circle, Suite 200
                              Columbia, Maryland 21044
                              (301) 621-4120 (Telephone)
                              (301) 621-4473 (Facsimile)
                              campbell@hjpc.com

       Attorneys for Defendants,
       Grunley-Walsh, LLC (formerly known as
       Grunley-Walsh Joint Venture, LLC),
       St. Paul Fire and Marine Insurance Company and
       The Continental Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2008, a copy of the foregoing Disclosure of Corporate Interest was mailed, postage prepaid, to:

       Joseph C. Kovars, Esquire
       Jay Bernstein, Esquire
       Ober, Kaler, Grimes & Shriver
       A Professional Corporation
       120 E. Baltimore Street
       Baltimore, MD  21202-1643
       (410) 685-1120 (Phone)
       (410) 547-0699 (Facsimile)

       /s/ Nicole L. Campbell
       Nicole Lefcourt Campbell