IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERRY HILL CONSTRUCTION, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  8:07-cv-3476-AW<br>Judge Alexander Williams, Jr. |
| GRUNLEY-WALSH JOINT<br>VENTURES, LLC, *et al*. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**SECOND CONSENT MOTION TO EXTEND TIME
FOR PLAINTIFF'S RESPONSE TO MOTION TO STAY**

Pursuant to Local Rule 105, Plaintiff, Cherry Hill Construction, Inc., moves the Court to extend the date for Plaintiff to respond to Defendants' Motion to Stay Pending Exhaustion of Mandatory Disputes Procedures until March 14, 2008.  Counsel for Defendants consent to this motion.

Respectfully submitted,

   /s/ Joseph C. Kovars
Jay Bernstein, Federal Bar #03578
Joseph C. Kovars,  Federal Bar #28537
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120 (telephone)
(410) 547-0699 (facsimile)

Attorneys for Cherry Hill Construction, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERRY HILL CONSTRUCTION, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 8:07-cv-3476-AW |
| | | Judge Alexander Williams, Jr. |
| GRUNLEY-WALSH JOINT VENTURES, LLC, *et al*. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Second Consent Motion to Extend Time for Plaintiff's Response to Motion to Stay, and for good cause shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Maryland,

ORDERED that the Second Consent Motion is GRANTED, and that the date for filing of Plaintiff's Response to Defendants' Motion to Stay Pending Exhaustion of Mandatory Disputes is hereby extended to March 14, 2008.

_____
Honorable Alexander Williams, Jr.
Judge, United States District Court
for the District of Maryland