IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DISTRICT

| | | |
|---|---|---|
| CHERRY HILL CONSTRUCTION, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. AW-07-3476 |
| | * | |
| GRUNLEY-WALSH JOINT VENTURE, LLC, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, IT IS this 20th day of March, 2008, by the United States District Court for the District Maryland hereby **ORDERED** :

1. That Defendants' Motion to Change Venue (Docket No. 10) BE, and the same hereby IS, **GRANTED**;

2. That the Clerk of the Court **TRANSFER** this case to the United States District Court for the District of Columbia;

3. That the Defendants' Motion to Stay Pending Exhaustion of Mandatory Disputes Procedures (Docket No. 11) BE, and the same hereby IS, **DENIED-AS-MOOT**;

4. That the Clerk of the Court **CLOSE** this case; AND

5. That the Clerk of the Court transmit copies of this Opinion and Order to all parties of record.

/s/
Alexander Williams, Jr.
United States District Judge