# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:07−cv−03476−AW

Cherry Hill Construction, Inc. v. Grunley−Walsh Joint Venture, LLC et al
Assigned to: Judge Alexander Williams, Jr
Demand: $9,999,000
Case in other court:   Circuit Court for Montgomery County, Maryland, 289241−V
Cause: 28:1441 Petition for Removal− Breach of Contract

Date Filed: 12/28/2007
Date Terminated: 03/20/2008
Jury Demand: None
Nature of Suit: 130 Miller Act
Jurisdiction: Federal Question

**Plaintiff**

**Cherry Hill Construction, Inc.**　　　represented by　**Jay N Bernstein**
Ober Kaler
120 E Baltimore St
Baltimore, MD 21202
14106851120
Fax: 14432637512
Email: jbernstein@ober.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C Kovars**
Ober Kaler Grimes and Shriver
120 E Baltimore St
Baltimore, MD 21202−1643
14106851120
Fax: 14105470699
Email: jckovars@ober.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Grunley−Walsh Joint Venture, LLC**　　　represented by　**Nicole Lefcourt Campbell**
Huddles Jones Sorteberg and Dachille PC
10211 WIncopin Cir Ste 200
Columbia, MD 21044
14107200072
Fax: 14107200329
Email: campbell@hjpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**St. Paul Fire and Marine Insurance Company**　　　represented by　**Nicole Lefcourt Campbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **The Continental Insurance Company** | represented by | **Nicole Lefcourt Campbell** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2007 | " 1 | NOTICE OF REMOVAL from the Circuit Court for Montgomery County, Maryland, case number 289241–V. ( Filing fee $ 350 receipt number 84637011817), filed by Grunley–Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, The Continental Insurance Company. (Attachments: # 1 Civil Cover Sheet)(ch, Deputy Clerk) (Entered: 01/02/2008) |
| 12/28/2007 | " 2 | COMPLAINT against Grunley–Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, The Continental Insurance Company, filed by Cherry Hill Construction, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil–Non–Domestic Case Information Report)(ch, Deputy Clerk) (Entered: 01/02/2008) |
| 12/28/2007 | " 3 | Writ of Summons Issued 60 days as to St. Paul Fire and Marine Insurance Company. (ch, Deputy Clerk) (Entered: 01/02/2008) |
| 12/28/2007 | " 4 | Correspondence: Notice of New Case Number from Loretta E. Knight, Clerk of the Circuit Court for Montgomery County, Maryland. (ch, Deputy Clerk) (Entered: 01/02/2008) |
| 12/28/2007 | " 5 | Notice of Scheduling Hearing and Order of Court signed by Ann S. Harrington, County Administrative Judge on 11/27/07 (ch, Deputy Clerk) (Entered: 01/02/2008) |
| 12/28/2007 | " 6 | Notice of Service of Process for Summons/Complaint served on St. Paul Fire and Marine Insurance Company on 12/5/07 (ch, Deputy Clerk) (Entered: 01/02/2008) |
| 01/02/2008 | " 7 | The above pleadings #2–#6 are copies filed in the Circuit Court for Montgomery County, Maryland (ch, Deputy Clerk) (Entered: 01/02/2008) |
| 01/02/2008 | " 8 | Correspondence:Removal Notification Letter to Jay N. Bernstein (ch, Deputy Clerk) (Entered: 01/02/2008) |
| 01/04/2008 | " 9 | CERTIFICATE of Counsel *Certificate of Filing of State Court Documents* by Nicole Lefcourt Campbell on behalf of Grunley–Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, The Continental Insurance Company (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3)(Campbell, Nicole) (Entered: 01/04/2008) |
| 01/04/2008 | " 10 | MOTION to Change Venue by Grunley–Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, The Continental Insurance Company. Responses due by 1/22/2008 (Attachments: # 1 Memorandum in Support of Motion)(Campbell, Nicole) (Entered: 01/04/2008) |
| 01/04/2008 | " 11 | MOTION to Stay *Pending Exhaustion of Mandatory Disputes Procedures* by Grunley–Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, The Continental Insurance Company. Responses due by 1/22/2008 (Attachments: # 1 Memorandum in Support of Motion, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Campbell, Nicole) (Entered: 01/04/2008) |

| | | |
|---|---|---|
| 01/07/2008 | " 12 | Local Rule 103.3 Disclosure Statement by Grunley–Walsh Joint Venture, LLC. (Campbell, Nicole) (Entered: 01/07/2008) |
| 01/07/2008 | " 13 | Local Rule 103.3 Disclosure Statement by St. Paul Fire and Marine Insurance Company identifying Corporate Parent Travelers Companies, Inc. for St. Paul Fire and Marine Insurance Company.. (Campbell, Nicole) (Entered: 01/07/2008) |
| 01/07/2008 | " 14 | Local Rule 103.3 Disclosure Statement by The Continental Insurance Company identifying Corporate Parent CNA Financial Corporation, Corporate Parent CNA Surety Corporation, Corporate Parent Loews Corporation for The Continental Insurance Company.. (Campbell, Nicole) (Entered: 01/07/2008) |
| 01/18/2008 | " 15 | Consent MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Stay *Pending Exhaustion of Mandatory Disputes Procedures* by Cherry Hill Construction, Inc. Responses due by 2/4/2008 (Attachments: # 1 Text of Proposed Order)(Kovars, Joseph) (Entered: 01/18/2008) |
| 01/18/2008 | " 16 | PAPERLESS ORDER granting 15 re 15 Consent MOTION for Extension of Time to File Response/Reply as to 11 Signed by Judge Alexander Williams, Jr. on 0118 (gc, Chambers) (Entered: 01/18/2008) |
| 02/12/2008 | " 17 | Consent MOTION for Extension of Time *for Plaintiff's Response to Motion to Stay* by Cherry Hill Construction, Inc. Responses due by 2/29/2008 (Attachments: # 1 Text of Proposed Order)(Kovars, Joseph) (Entered: 02/12/2008) |
| 02/12/2008 | " 18 | PAPERLESS ORDER "Granting" 17 Consent Motion for Extension of Time Signed by Judge Alexander Williams, Jr. on 2/12/08 (Williams, Alexander) (Entered: 02/12/2008) |
| 03/14/2008 | " 19 | RESPONSE in Opposition re 11 MOTION to Stay *Pending Exhaustion of Mandatory Disputes Procedures* filed by Cherry Hill Construction, Inc.. Replies due by 3/28/2008. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order)(Kovars, Joseph) (Entered: 03/14/2008) |
| 03/20/2008 | " 20 | MEMORANDUM OPINION. Signed by Judge Alexander Williams, Jr on 3/20/2008. (elt, Deputy Clerk) (Entered: 03/20/2008) |
| 03/20/2008 | " 21 | ORDER granting 10 Motion to Change Venue; the Clerk of the Court TRANSFER this case to the United States District Court for the District of Columbia; denying as moot 11 Motion to Stay; and the Clerk of the Court CLOSE this case. Signed by Judge Alexander Williams, Jr on 3/20/2008. (elt, Deputy Clerk) (Entered: 03/20/2008) |
| 03/20/2008 | " | Case electroncially transferred to the U.S. District Court for the District of Columbia. (elt, Deputy Clerk) (Entered: 03/20/2008) |