CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHERRY HILL CONSTRUCTION )
  INC. )
         )
    Plaintiff )
         )
   v. )  Civil Case Number 08-582 (EGS)
         )
         )
         )
GRUNLEY-WALSH )  Category  M
  JOINT VENTURE, LLC )
         )
   Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>April 4, 2008</u> from <u>Judge Richard W. Roberts</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Case Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Roberts</u> & Courtroom Deputy
  <u>Judge Sullivan</u> & Courtroom Deputy
  Liaison, Calendar and Case Management Committee
  Civil Case Processing Clerk