UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHERRY HILL CONSTRUCTION, INC, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| GRUNLEY-WALSH JOINT VENTURE, LLC, et al | * | Civil Action No.: 08-582(EGS) |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOIN MOTION TO STAY PROCEEDINGS,
AND TO EXTEND DEADLINE TO MEET AND CONFER**

Pursuant to LCvR 16.3 of the Local Rules, Plaintiff, Cherry Hill Construction Company, and Defendants, Grunley-Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, and The Continental Insurance Company (collectively, "the Parties"), by and through respective counsel, jointly move the Court to stay further proceedings, and to extend the dates for counsel to meet and confer, and in support thereof, state as follows:

1. On April 8, 2008, the Court issued an Order for Meet and Confer Report, requiring counsel for the parties to confer no later than May 22, 2008, and to submit their Report addressing all topics listed in LCvR16.3(c) no later than May 29, 2008.

2. Since April 8, 2008, the parties have reached a tentative settlement agreement, which will resolve all matters in dispute in this litigation.

3. A stay of the litigation, and an extension of the dates set forth in the Order for Meet and Confer Report will allow the parties time to finalize, and to implement, the terms and conditions of the settlement agreement.

WHEREFORE, the Parties request that further proceedings in this matter be stayed; that the date for counsel to confer be extended to September 15, 2008; and that the date for counsel to submit their Report addressing all topics listed in LCvR16.3(c) be extended to September 22, 2008.

Respectfully submitted,

/s/ Joseph C. Kovars
Joseph C. Kovars
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120 (Telephone)
(410) 547-0699 (Facsimile)
jckovars@ober.com

Counsel for Plaintiff, Cherry Hill Construction, Inc.


/s/ Nicole Lefcourt Campbell
Nicole Lefcourt Campbell
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)
campbell@hjpc.com

Counsel for Defendants,
Grunley-Walsh, LLC (formerly known as
Grunley-Walsh Joint Venture, LLC),
St. Paul Fire and Marine Insurance Company and
The Continental Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERRY HILL CONSTRUCTION, INC, *

    Plaintiff, *

v. *

GRUNLEY-WALSH JOINT     Civil Action No.:
VENTURE, LLC, et al  *  08-582(EGS)

    Defendants *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER STAYING PROCEEDINGS,
AND EXTENDING DEADLINE TO MEET AND CONFER**

Upon consideration of the Joint Motion to Stay Proceedings, and to Extend Deadline to Meet and Confer, jointly filed herein by Plaintiff and Defendants, it is this _____ day of _____, 2008 HEREBY

ORDERED that all proceedings in this matter are hereby stayed; and it is further

ORDERED that the date for counsel to confer is extended to September 15, 2008, and that the date for counsel to submit their Report addressing all topics listed in LCvR16.3(c) is extended to September 22, 2008.

                          _____
                          Judge, United States District Court for the
                          District of Maryland