UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHERRY HILL CONSTRUCTION, INC, | * |
| Plaintiff, | * |
| v. | * |
| GRUNLEY-WALSH JOINT VENTURE, LLC, et al | * Civil Action No.: 08-582(EGS) |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

Pursuant to LCvR 16.6 of the Local Rules, and to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Cherry Hill Construction Company, and Defendants, Grunley-Walsh Joint Venture, LLC, St. Paul Fire and Marine Insurance Company, and The Continental Insurance Company (the "Parties"), by and through respective counsel, hereby stipulate to the dismissal of this action with prejudice, with each of the Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Joseph C. Kovars
Joseph C. Kovars
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120 (Telephone)
(410) 547-0699 (Facsimile)
jckovars@ober.com

Counsel for Plaintiff, Cherry Hill Construction, Inc.

/s/ Nicole Lefcourt Campbell

2

        Nicole Lefcourt Campbell
        Huddles Jones Sorteberg & Dachille, P.C.
        10211 Wincopin Circle, Suite 200
        Columbia, MD 21044
        (301) 621-4120 (Telephone)
        (301) 621-4473 (Facsimile)
        campbell@hjpc.com

        Counsel for Defendants,
        Grunley-Walsh, LLC (formerly known as
        Grunley-Walsh Joint Venture, LLC),
        St. Paul Fire and Marine Insurance Company and
        The Continental Insurance Company